# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2012

143909

PATRICK C. HALL and AVA ORTNER,
     Plaintiffs-Appellees,

v

STARK REAGAN, P.C., PETER L. ARVANT,
KENNETH M. BOYER, WILLIAM D.
GIRARDOT, CHRISTOPHER E. LeVASSEUR,
R. KEITH STARK, and MICHAEL H.
WHITING,
     Defendants-Appellants,
and

JOSEPH A. AHERN and JEFFREY J. FLEURY,
     Defendants-Appellees.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143909
COA: 294647
Oakland CC: 2009-099833-CD

_____/

On order of the Court, the application for leave to appeal the September 13, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the parties' shareholder agreement arbitration clause encompasses claims arising under the Civil Rights Act (CRA), MCL 37.2101 *et seq.,* and (2) whether the plaintiffs, as mutual equal shareholders of the law firm, have a legally cognizable claim against the defendants under the CRA.

We further ORDER that this case be argued and submitted to the Court together with the case of *Hall v Stark Reagan, PC* (Docket No. 143911), at such future session of the Court as both cases are ready for submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2012

Clerk

t0328